**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| YOAV COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | 9:16-cv-80441-WPD |
| | ) | |
| v. | ) | Judge Dimitouleas |
| | ) | Magistrate Judge Snow |
| SOUTHWEST CREDIT SYSTEMS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

Plaintiff, YOAV COHEN, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1.  The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2.  Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3.  Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 30 days.

4.  In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that he be granted 45 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

                                          Respectfully submitted,
                                          **YOAV COHEN**

                                By:   s/ Thomas Gibbons
                                          Attorney for Plaintiff

Dated: June 1, 2016

Thomas Gibbons  (490334)
Thomas Gibbons, Attorney at Law
9723 Tavernier Drive
Boca Raton, FL 33496
Direct Dial:   (561) 997-4768
Facsimile:    (888) 418-1277
E-Mail:        thomasjgibbons@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| YOAV COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | 9:16-cv-80441-WPD |
| | ) | |
| v. | ) | **Judge Dimitouleas** |
| | ) | **Magistrate Judge Snow** |
| SOUTHWEST CREDIT SYSTEMS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**To:**  Charles J. McHale
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609

I, Thomas Gibbons, an attorney, certify that on **June 1, 2016**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | _X_ | ECF |

By:  s/ Thomas Gibbons
Attorney for Plaintiff

Dated: June 1, 2016

Thomas Gibbons  (490334)
Thomas Gibbons, Attorney at Law
9723 Tavernier Drive
Boca Raton, FL 33496
Direct Dial:   (561) 997-4768
Facsimile:    (888) 418-1277
E-Mail:       thomasjgibbons@gmail.com